# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Leroy Leftwich, trustee of the statutory class of next of kin to Cameron Leftwich, decedent,<br><br>        Plaintiff,<br><br>v.<br><br>County of Dakota et al.,<br><br>        Defendants. | Civ. No. 18-1144 (JNE/BRT)<br><br>**ORDER** |

This Court is in receipt of Plaintiff's letter seeking a reply and requesting ten pages to respond to Defendants' argument of prejudice and also to respond to the section of Defendants' brief discussing Plaintiff's filing of a second action. (Doc. No. 57.) Plaintiff raised the possibility of filing a second action at the hearing and obviously prepared and filed a second lawsuit. Defendants' half-page response responds to Plaintiff's arguments and actions and a reply on Plaintiffs' recently filed second lawsuit is not allowed. As previewed, Plaintiff may respond to Defendants' argument about prejudice. Plaintiff is granted leave to file a reply only on the prejudice argument raised in Defendants' response and is limited to 5 pages double-spaced including the caption. Plaintiff's reply is due within seven days of the date of this Order. No declarations are allowed.

Date: February 21, 2019.

                                  *s/ Becky R. Thorson*  
                                  BECKY R. THORSON  
                                  United States Magistrate Judge